No. 447. COLLAZO v. THE JUNCOS CENTRAL Co.—Appeal from the District Court of Humacao. Motion to dismiss appeal on the ground that no bill of exceptions or statement of the case was presented. Decided December 16, 1909. Motion overruled. *Messrs. Hartzell and Rodríguez Serra* for petitioner. *Messrs. Vías Ochoteco and Ferrer* for respondent.

No. 488. FERRER v. ALBITE.—Appeal from the District Court of San Juan. Motion to dismiss appeal. Decided December 20, 1909. Appeal dismissed by reason of failure to comply with section 299 of the Code of Civil Procedure and section 40 of the rules of this court. *Mr. del Valle, Jr.* for petitioner. *Mr. Juan de Guzmán Benítez* for respondent.

No. 210. THE PEOPLE v. LEÓN.—Appeal from the District Court of Mayagüez. Decided December 21, 1909. Judgment affirmed. The appellant did not appear. *Mr. Rossy, fiscal,* for respondent.

No. 184. THE PEOPLE v. GARCÍA.—Appeal from the District Court of Arecibo. Decided December 22, 1909 on the grounds set forth in the opinion in the case of *The People* v. *Ferraris,* December 22, 1909, reversing judgment appealed from. *Mr. Félix Santoni* for appellant. *Mr. Rossy, fiscal,* for respondent.